NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

L.S.,                                              )
                                                   )
        Appellant,                       )
                                                   )
v.                                                 )          Case No. 2D17-3090
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.                        )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Polk
County; Mark H. Hofstad, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.